# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.    2:24-cv-05048-KK-AJR           Date: January 8, 2025

                                                                         Page 1 of 3

Title:      Blackwell v. Gaynor, et al.

**DOCKET ENTRY: ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

PRESENT:

### HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS)**

      On June 12, 2024, *pro se* Plaintiff Darvel Blackwell ("Plaintiff"), a state prisoner in the California Men's Colony ("CMC") located in San Luis Obispo, California, filed a "Complaint By A Prisoner Under The Civil Rights Act, 42 U.S.C. § 1983" (the "Complaint"). (Dkt. 1.) On July 17, 2024, the Court dismissed Plaintiff's Complaint with leave to amend for various pleading deficiencies. (Dkt 5.) Plaintiff subsequently filed a First Amended Complaint ("FAC") on September 18, 2024. (Dkt. 8.) The Court screened the FAC and determined that while Plaintiff appeared to have stated an Eighth Amendment deliberate indifference claim against at least some of the Defendants, Plaintiff's FAC still failed to state a claim against MCSP Warden Patrick Covello. (Dkt. 10.) Accordingly, on November 19, 2024, the Court dismissed the FAC with leave to amend and directed Plaintiff to choose an option on how he would like to proceed. (Id. at 5-6.) The Court gave Plaintiff the option to either dismiss the action by filing a notice of

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | 2:24-cv-05048-KK-AJR | Date: January 8, 2025 |
| | | Page 2 of 3 |

Title: Blackwell v. Gaynor, et al.

---

dismissal, dismiss only his claims against Warden Covello and proceed on his Eighth Amendment claim against the remaining defendants, or file a Second Amended Complaint ("SAC") which attempted to remedy the defects identified in the November 19, 2024 dismissal order. (Id.) Plaintiff was directed to select an option and file the appropriate response by December 19, 2024. (Id.)

More than two weeks have passed since Plaintiff's deadline to respond to the Court's November 19, 2024 dismissal order. As of today, Plaintiff has neither filed an amended complaint nor anything else in this action. This action cannot move forward unless and until Plaintiff responds to the Court's order. Accordingly, Plaintiff is ordered to file a response to the Court's November 19, 2024 dismissal order, attached here, by **January 22, 2025** or show cause why the action should not be dismissed with prejudice for failure to prosecute. If Plaintiff chooses to file a SAC, it should bear the docket number assigned to this case (2:24-cv-05048-KK-AJR), be labeled "Second Amended Complaint," and be complete in and of itself without reference in any manner to the original Complaint, First Amended Complaint, or any other document (except any document that Plaintiff chooses to attach to the SAC as an exhibit). Plaintiff is encouraged to state his claims in simple language and provide only a brief statement of supporting facts, omitting facts that are not relevant. Should Plaintiff decide to file a SAC, he is encouraged to utilize the form complaint attached to this Order.

**Plaintiff is expressly advised that if he does not file a SAC by the Court's deadline or otherwise respond to the Court's dismissal order, the Court may recommend that this action be dismissed with or without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.** If Plaintiff no longer wishes to pursue this action or certain claims or defendants, he may voluntarily dismiss the entire action, certain claims, or certain defendants by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1). A form Notice of Dismissal is attached for Plaintiff's convenience.

\\

\\

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.   2:24-cv-05048-KK-AJR                                Date: January 8, 2025
                                                               Page 3 of 3

Title:   Blackwell v. Gaynor, et al.

_____

      IT IS SO ORDERED.

Attachments:
Dkt. 10, Order Dismissing First Amended Complaint With Leave To Amend
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).
CV-66, United States District Court, Central District of California Civil Rights Complaint.