

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DARVEL BLACKWELL,

               Plaintiff,

    v.

WESLEY VAUGHN, ET AL.,

               Defendants.

Case No. 2:24-cv-05048-KK-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendants' motion to dismiss, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court has considered Plaintiff's December 22, 2025 and January 7, 2026 Objections to the Report and Recommendation. The Court has also conducted a *de novo* review of those portions of the Report and Recommendation to which Plaintiff objected. Having conducted a *de novo* review, Plaintiff's December 22, 2025 and January 7, 2026 Objections do not cause this Court to alter or modify the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) Defendants' Motion to Dismiss be GRANTED (Dkt.

21); (2) Plaintiff's First Amended Complaint is DISMISSED WITH LEAVE TO AMEND (Dkt. 8); (3) Plaintiff's Proposed Supplemental Complaint is DISMISSED WITH LEAVE TO AMEND (Dkt. 30); and (4) Plaintiff shall file a Second Amended Complaint curing the identified defects within thirty (30) days of the date of this Order.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order herein on Plaintiff at Plaintiff's current address of record, as well as all parties who have appeared in the action.

DATED: January 22, 2026

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

2