**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DARVEL BLACKWELL,

Plaintiff,

v.

WESLEY VAUGHN, ET AL.,

Defendants.

Case No. 2:24-cv-05048-KK-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's August 21, 2026 Objections. The Court has conducted a *de novo* review of those portions of the Report and Recommendation to which Plaintiff objected. See 28 U.S.C. § 636(b)(1). Plaintiff's Objections, which largely request leave to amend for a *third* time, do not cause this Court to alter or modify the Report and Recommendation. As an initial matter, while Plaintiff raises a list of facts for the first time in his Objections, he failed to raise them in his Opposition. Hence, this Court has the discretion to decline to consider them. See United States v. Howell, 231 F.3d 615, 621-22 (9th Cir. 2000); Brown v. Roe, 279 F.3d 742, 744-45 (9th Cir. 2002). Further, despite

being granted multiple opportunities to amend, Plaintiff made no attempt to cure the deficiencies previously identified by the Court. Instead, he chose to file a sparse, *less than one page* Second Amended Complaint ("SAC"). Dkt. 40. In fact, as noted in the Report and Recommendation, "[t]he allegations in the SAC are even more sparse than those in Plaintiff's previous pleadings." Dkt. 47 at 3. Under these circumstances, Plaintiff's request for yet another opportunity to amend is properly denied. See Ascon Props., Inc. v. Mobil Oil Co., 866 F.2d 1149, 1160 (9th Cir. 1989) ("The district court's discretion to deny leave to amend is particularly broad where [the] plaintiff has previously amended the complaint."). Thus, having conducted a *de novo* review, Plaintiff's Objections do not cause this Court to alter or modify the Report and Recommendation.

Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations in the Report and Recommendation.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss is GRANTED and this action is DISMISSED WITH PREJUDICE AND WITHOUT LEAVE TO AMEND.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order herein on Plaintiff at Plaintiff's current address of record, as well as all parties who have appeared in the action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 8, 2026

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE