**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DARVEL BLACKWELL,
Plaintiff,
v.
WESLEY VAUGHN, ET AL.,
Defendants.

Case No. 2:24-cv-05048-KK-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 8, 2026

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE